# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Magistrate Case No. __12-09 411__

         v.

David Gonzalez                                        **ORDER**

      The financial ability of the defendant to retain counsel having been established by the

Court, and the defendant not having waived the appointment of counsel,

      IT IS on this __6th__ day of __December__, 2012

      ORDERED that the Office of the Federal Public Defender for the District of New

Jersey is hereby appointed to represent said defendant in this cause until further Order of the

Court.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

Dist.
Original to Judge
Copy to Government
Copy to Defense Counsel

FA