# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number 12-9411

DAVID GONZALEZ

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, DAVID GONZALEZ, was represented by Andrea Bergman, Assistant Federal Public Defender.

On motion of the United States the court has dismissed Criminal Trespass (2463331) and Stalking (2463333).

The defendant pled guilty to Simple Assault on August 1, 2013. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
|---|---|---|---|
| 18 USC 113 | Simple Assault | September 22, 2013 | 2463332 |

As pronounced on December 5, 2013, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $10, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the fine is hereby waived due to defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 16th day of December, 2013.

CERTIFIED TO BE A TRUE COPY

_____  _____
ANTHONY R. MAUTONE          ANTHONY R. MAUTONE
United States Magistrate Judge   United States Magistrate Judge

08610

Defendant: DAVID GONZALEZ
Case Number: 12-9411

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 3 Months.

The Court makes the following recommendations to the Bureau of Prisons: The Court designates the State of New Jersey Department of Corrections as the place for service of the sentence and intends the sentence to begin to run as of December 5, 2013, the date of the Federal sentencing.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal